Katharine R. Latimer (*pro hac vice* status pending)
(klatimer@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice* status pending*)*
 (mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

James A. Bruen, Esq. (State Bar No. 43880)
(jbruen@fbm.com)
Sandra A. Edwards (State Bar No. 154578)
(sedwards@fbm.com)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MILES, et al.<br><br>             Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>             Defendant. | Case No. 1:14-cv-00667---GSA<br><br>**WITHDRAWAL OF COUNSEL; ORDER** |

Defendant NOVARTIS PHARMACEUTICALS CORPORATION has designated the following attorneys as counsel for service in this action:

> Katharine R. Latimer (*pro hac vice* status pending)
> (klatimer@hollingsworthllp.com)
> Martin C. Calhoun (*pro hac vice* status pending)
> (mcalhoun@hollingsworthllp.com)
> HOLLINGSWORTH LLP
> 1350 I Street, NW
> Washington, D.C. 20005
>
> James A. Bruen (SBN 43880)
> Sandra A. Edwards (SBN 154578)
> Farella Braun & Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, CA 94104

The following counsel is therefore no longer counsel of record in this action, and asks to be withdrawn as such:

> James A. O'Neal
> Faegre Baker Daniels LLP (formerly known as Faegre and Benson)
> 90 South Seventh Street
> Minneapolis, MN 55402-3901
> 612-766-7000

Dated: May 9, 2014

/s/
_____
Sandra A. Edwards

Dated: May 9, 2014

/s/
_____
James A. O'Neal

IT IS SO ORDERED.

Dated: **May 12, 2014**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WITHDRAWAL OF COUNSEL AND ORDER –
CASE NO. 1:14-CV-00667---GSA

- 1 -

29282\4362209.1

Defendant NOVARTIS PHARMACEUTICALS CORPORATION has designated the following attorneys as counsel for service in this action:

> Katharine R. Latimer (*pro hac vice* status pending)
> (klatimer@hollingsworthllp.com)
> Martin C. Calhoun (*pro hac vice* status pending)
> (mcalhoun@hollingsworthllp.com)
> HOLLINGSWORTH LLP
> 1350 I Street, NW
> Washington, D.C. 20005
>
> James A. Bruen (SBN 43880)
> Sandra A. Edwards (SBN 154578)
> Farella Braun & Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, CA 94104

The following counsel is therefore no longer counsel of record in this action, and asks to be withdrawn as such:

> James A. O'Neal
> Faegre Baker Daniels LLP (formerly known as Faegre and Benson)
> 90 South Seventh Street
> Minneapolis, MN 55402-3901
> 612-766-7000

Dated: May 9, 2014

/s/
_____
Sandra A. Edwards

Dated: May 9, 2014

/s/
_____
James A. O'Neal

IT IS SO ORDERED.

Dated: **May 12, 2014**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WITHDRAWAL OF COUNSEL AND ORDER –
CASE NO. 1:14-CV-00667---GSA

- 1 -

29282\4362209.1