John A. Girardi (State Bar No. 54917)
(jgirardi@girardikeese.com)
GIRARDI KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
Telephone:  (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiffs Renee Miles and Charles Miles

James A. Bruen (State Bar No. 43880)
jbruen@fbm.com
Sandra A. Edwards (State Bar No. 154578)
sedwards@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Katharine R. Latimer (admitted *pro hac vice*)
klatimer@hollingworthllp.com
Martin C. Calhoun (admitted *pro hac vice*)
mcalhoun@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone: (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant Novartis Pharmaceuticals Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENEE MILES and CHARLES MILES,**<br><br>Plaintiffs,<br><br>v.<br><br>**NOVARTIS PHARMACEUTICALS CORPORATION,**<br><br>Defendant. | Case No. 1:14-cv-00667-GEB-GSA<br><br>**PROPOSED ORDER TO CONTINUE HEARING ON PENDING SUMMARY <u>JUDGMENT MOTION</u>** |

STIP. & PROPOSED ORDER TO CONTINUE HEARING ON
PENDING MSJ - No. 1:14-cv-00667-GEB-GSA

1     PURSUANT TO THE PARTIES' STIPULATION TO CONTINUE HEARING ON PENDING SUMMARY JUDGMENT MOTION, **IT IS SO ORDERED.**

The hearing on the Motion for Summary Judgment is continued to March 30, 2015 at 9:00 a.m.

Dated:  January 20, 2015

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```